Submitted February 10, reversed April 2, 2014

In the Matter of C. E.,
Alleged to be a Mentally Ill Person.
STATE OF OREGON,
*Respondent,*

*v.*

C. E.,
*Appellant.*

Deschutes County Circuit Court
13MH0010; A153977

325 P3d 759

Janie M. Burcart filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Anna M. Joyce, Solicitor General, and Doug M. Petrina, Senior Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and DeVore, Judge, and Garrett, Judge.

PER CURIAM

**PER CURIAM**

Appellant seeks reversal of a judgment committing him pursuant to ORS 426.130 for a period not to exceed 180 days. Appellant argues that, contrary to the trial court's ruling, the record does not establish by clear and convincing evidence that he is a danger to himself or others, or unable to provide for his basic needs because of a mental disorder. *See* ORS 426.005(1)(e)(A), (B). The state concedes that the evidence is legally insufficient for involuntary commitment under either basis and that the judgment should be reversed. We agree, accept the state's concession, and reverse.

Reversed.